# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMMY RUDOLF-GREENE,**<br>Plaintiff,<br><br>v.<br><br>**NANCY A. BERRYHILL,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 18-106 |

## O R D E R

**AND NOW**, this 23rd day of October, 2018, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated August 28, 2018, Plaintiff's Objections to Report & Recommendation, and Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated August 28, 2018, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to Report & Recommendation are **OVERRULED** for the reasons stated in the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated August 28, 2018. All of the issues raised in Plaintiff's Objections were addressed in the Report and Recommendation which this Court has approved and adopted;

3. Plaintiff's Request for Review is **DENIED**; and,

4. The Clerk of Court shall **MARK** this case **CLOSED**.

                                                        **BY THE COURT:**

                                                        **/s/ Hon. Jan E. DuBois**

                                                        **DuBOIS, JAN E., J.**